# In the United States Court of Federal Claims

No. 05-299 T
(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)
(Filed: June 27, 2005)

****************************************

**INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

****************************************

**ORDER**

On June 1, 2005, this case was converted to an electronic (ECF) case. On June 21, 2005, Defendant filed its answer to Plaintiff's complaint. The answer was not delivered to Plaintiff, however, due to the failure of Plaintiff's counsel to be trained and registered in the ECF system.

The Court hereby ORDERS Plaintiff's counsel to obtain an ECF account, and to file a notice of compliance regarding his registration, on or before **July 1, 2005**.

**IT IS SO ORDERED**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge