IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299T

(Chief Judge Edward J. Damich)

(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed: June 27, 2005)

| | | |
|---|---|---|
| INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC a Partner Other Than the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, by and through its agent, the INTERNAL REVENUE SERVICE,<br><br>Defendant. | §<br>§<br>§<br>§<br>§ | **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER RE COMPLIANCE WITH ECF REGISTRATION** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Counsel for Plaintiffs in the above-referenced consolidated actions has complied with the Court's Order regarding registration and obtaining an ECF account.

Respectfully submitted,

DATED: 7/8/2005

MORGAN R. EVANS
California State Bar No. 198278
Attorney for Plaintiff
Goddard LLP
18500 Von Karman Ave., Suite 400
Irvine, California 92612
Tel: 949/ 253-0500