IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with: No. 05-300 T, No. 05-301 T, No. 05-302 T, No. 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
by and through ISS ACQUISITIONS, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES,

Defendant.

APPENDIX TO JOINT PRELIMINARY STATUS REPORT

Pursuant to the Court's order of May 4, 2005, the parties hereby provide this Appendix to Joint Preliminary Status Report.

A. Due to the large volume of documents responsive to the Court's request for copies of material portions of documents not previously filed that are relevant to jurisdiction or to disputed facts alleged with particularity in the pleadings, the parties submit the following list identifying such documents. Upon review of the list, if the Court would like copies of any or all of the documents identified below lodged, the parties will promptly comply.

//

Plaintiffs identify the following documents:

1. Operating Agreement of ISS Acquisitions, LLC, a Delaware limited liability company, dated as of June 22, 2000.

2. Certificate of Formation of ISS Acquisitions, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on June 22, 2000.

3. Application for Employer Identification Number (Form SS-4) for ISS Acquisitions, LLC, a Delaware limited liability company.

4. Purchase and Sale Agreement ~ S-Corp to Dunlap: Divided Interests in Operating LLC, dated as of June 22, 2000.

5. Non-Negotiable Promissory Note ~ Dunlap to S-Corp: Divided Interests in Operating LLC, dated June 22, 2000.

6. Assignment of Beneficial Interest and Assumption Agreement ~ S-Corp to Dunlap: Purchase and Sale of Divided Interests in Operating LLC, dated as of June 22, 2000.

7. Purchase and Sale Agreement ~ S-Corp to Rabinovitch: Divided Interests in Operating LLC, dated as of June 22, 2000.

8. Non-Negotiable Promissory Note ~ Rabinovitch to S-Corp: Divided Interests in Operating LLC, dated June 22, 2000.

9. Assignment of Beneficial Interest and Assumption Agreement ~ S-Corp to Rabinovitch: Purchase and Sale of Divided Interests in Operating LLC, dated as of June 22, 2000.

10. Purchase and Sale Agreement ~ S-Corp to Thorne: Divided Interests in Operating LLC, dated as of June 22, 2000.

11. Non-Negotiable Promissory Note ~ Thorne to S-Corp: Divided Interests in Operating LLC, dated June 22, 2000.

12. Assignment of Beneficial Interest and Assumption Agreement ~ S-Corp to Thorne: Purchase and Sale of Divided Interests in Operating LLC, dated as of June 22, 2000.

13. Contribution Agreement ~ Members to Acquisitions: Interests in Operating LLC, dated as of June 22, 2000.

14. Assignment of Beneficial Interest and Assumption Agreement ~ Dunlap to Acquisitions: Divided Interests in Operating LLC, dated as of June 22, 2000.

15. Assignment of Beneficial Interest and Assumption Agreement ~ Rabinovitch to Acquisitions: Divided Interests in Operating LLC, dated as of June 22, 2000.

16. Assignment of Beneficial Interest and Assumption Agreement ~ Thorne to Acquisitions: Divided Interests in Operating LLC, dated as of June 22, 2000.

17. Assignment of Beneficial Interest and Assumption Agreement ~ S-Corp to Acquisitions: Divided Interests in Operating LLC, dated as of June 22, 2000.

18. Agency Agreement ~ S-Corp for Acquisitions: Interests in Operating LLC, dated as of June 22, 2000.

19. Action by Unanimous Written Consent of the Shareholders of Instashred Security Services, Inc., a California corporation, dated as of June 22, 2000, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Shareholders), dated as of June 22, 2000.

20. Action by Unanimous Written Consent of the Directors of Instashred Security Services, Inc., a California corporation, dated as of June 22, 2000, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Directors), dated as of June 22, 2000.

21. Agreement for Redemption of Divided Interest ~ S-Corp's Divided Interest in Acquisitions, dated as of July 31, 2000.

22. Non-Negotiable Promissory Note ~ Note #1: Acquisitions Payable to S-Corp, dated July 31, 2000.

23. Non-Negotiable Promissory Note ~ Note #2: Acquisitions Payable to S-Corp, dated July 31, 2000.

24. Non-Negotiable Promissory Note ~ Note #3: Acquisitions Payable to S-Corp, dated July 31, 2000.

25. Assignment of Divided Interest and Assumption Agreement ~ Redemption of S-Corp's Divided Interest in Acquisitions, dated as of July 31, 2000.

26. Amendment to Operating Agreement for ISS Acquisitions, LLC, a Delaware limited liability company ~ Partial Redemption of S-Corp's Member Interest, dated as of July 31, 2000.

27. Delaware Limited Liability Company Certificate of Formation for ISS Management, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on June 22, 2000.

28. Delaware Limited Liability Company Certificate of Amendment for ISS Management, LLC, a Delaware limited liability company [ISS Management – T, LLC], filed with the Delaware Secretary of State on July 26, 2000.

29. Operating Agreement of ISS Management - T, LLC, a Delaware limited liability company, dated as of July 31, 2000.

30. Application for Employer Identification Number (Form SS-4) for ISS Management - T, LLC, a Delaware limited liability company.

31. Delaware Limited Liability Company Certificate of Formation for ISS Management - I, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on June 22, 2000.

32. Operating Agreement of ISS Management - I, LLC, a Delaware limited liability company, dated as of July 31, 2000.

33. Application for Employer Identification Number (Form SS-4) for ISS Management - I, LLC, a Delaware limited liability company.

34. Delaware Limited Liability Company Certificate of Formation for ISS Management - D, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on June 22, 2000.

35. Operating Agreement of ISS Management - D, LLC, a Delaware limited liability company, dated as of July 31, 2000.

36. Application for Employer Identification Number (Form SS-4) for ISS Management - D, LLC, a Delaware limited liability company.

37. Contribution Agreement ~ Dunlap to Management - T: Member Interest in Acquisitions, dated as of July 31, 2000.

38. Acknowledgment ~ Management – T, dated as of July 31, 2000.

39. Assignment of Beneficial Interest and Assumption Agreement ~ Dunlap to Management - T: Member Interest in Acquisitions, dated as of July 31, 2000.

40. Assignment of Record Interest and Termination of Agency ~ Dunlap to Management - T: Member Interest in Acquisitions, dated as of July 31, 2000.

41. Contribution Agreement ~ Rabinovitch to Management - I: Member Interest in Acquisitions, dated as of July 31, 2000.

42. Acknowledgement ~ Management - I, dated as of July 31, 2000.

43. Assignment of Beneficial Interest and Assumption Agreement ~ Rabinovitch to Management - I: Member Interest in Acquisitions, dated as of July 31, 2000.

44. Assignment of Record Interest and Termination of Agency ~ Rabinovitch to Management - I: Member Interest in Acquisitions, dated as of July 31, 2000.

45. Contribution Agreement ~ Thorne to Management - D: Member Interest in Acquisitions, dated as of July 31, 2000.

46. Acknowledgment ~ Management – D, dated as of July 31, 2000.

47. Assignment of Beneficial Interest and Assumption Agreement ~ Thorne to Management - D: Member Interest in Acquisitions, dated as of July 31, 2000.

48. Assignment of Record Interest and Termination of Agency ~ Thorne to Management - D: Member Interest in Acquisitions, dated as of July 31, 2000.

49. Agreement for Purchase and Sale of Member Interest ~ Management - T's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

50. Non-Negotiable Promissory Note ~ Management - T Payable to S-Corp, dated as of July 31, 2000.

51. Assignment of Beneficial Interest and Assumption Agreement ~ Management - T's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

52. Assignment of Record Interest and Termination of Agency ~ Management - T's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

53. Agreement for Purchase and Sale of Member Interest ~ Management - I's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

54. Non-Negotiable Promissory Note ~ Management - I Payable to S-Corp, dated as of July 31, 2000.

55. Assignment of Beneficial Interest and Assumption Agreement ~ Management - I's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

56. Assignment of Record Interest and Termination of Agency ~ Management - I's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

57. Agreement for Purchase and Sale of Member Interest ~ Management - D's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

58. Non-Negotiable Promissory Note ~ Management - D Payable to S-Corp, dated as of July 31, 2000.

59. Assignment of Beneficial Interest and Assumption Agreement ~ Management - D's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

60. Assignment of Record Interest and Termination of Agency ~ Management - D's Purchase of a Divided Interest in Acquisitions, dated as of July 31, 2000.

61. Amendment to Operating Agreement for ISS Acquisitions, LLC, a Delaware Limited Liability Company ~ Admission and Withdrawal of Constituent Members, dated as of July 31, 2000.

62. Amended and Restated Operating Agreement of ISS Acquisitions, LLC, a Delaware limited liability company, dated as of July 31, 2000.

63. Assumption Agreement ~ Dunlap re: Note #1 Made by Acquisitions Payable to S-Corp, dated as of July 31, 2000.

64. Pledge of Member Interest ~ Dunlap to S-Corp re Note #1: Member Interest in Management - T, dated as of July 31, 2000.

65. Acknowledgment of Pledge ~ Dunlap's Pledge of Member Interest in Management – T re: Note #1, dated as of July 31, 2000.

66. Certificate of Member Interest (Certificate No. 1) in Management - T issued to Thomas Dunlap, dated July 31, 2000.

67. Certificate of Member Interest (Certificate No. 2) in Management - T issued to Alfred Perrine, as custodian for Bradley A. Dunlap until the age of 21, under the California Uniform Transfer to Minors Act, dated July 31, 2000.

68. Certificate of Member Interest (Certificate No. 3) in Management - T issued to Alfred Perrine, as custodian for Brian T. Dunlap until the age of 21, under the California Uniform Transfer to Minors Act, dated July 31, 2000.

69. Assignment of Member Interest Separate from Certificate ~ Dunlap's Member Interest in Management – T re: Note #1, undated.

70. Form UCC-1 Financing Statement signed by Thomas Dunlap, as Debtor, in favor of S-Corp, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Note #1.

71. Form UCC-1 Financing Statement signed by Thomas Dunlap, as Debtor, in favor of S-Corp, as Secured Party, for filing in the California Secretary of State's Office with respect to Note #1.

72. Assumption Agreement ~ Rabinovitch re: Note #2 Made by Acquisitions Payable to S-Corp, dated as of July 31, 2000.

73. Pledge of Member Interest ~ Rabinovitch to S-Corp re Note #2: Member Interest in Management - I, dated as of July 31, 2000.

74. Acknowledgment of Pledge ~ Rabinovitch's Pledge of Member Interest in Management – I re: Note #2, dated as of July 31, 2000.

75. Certificate of Member Interest (Certificate No. 1) in Management - I issued to Issie Rabinovitch, dated July 31, 2000.

76. Certificate of Member Interest (Certificate No. 2) in Management - I issued to Amanda Beth Rabinovitch, dated July 31, 2000.

77. Certificate of Member Interest (Certificate No. 3) in Management - I issued to Michael Marlon Rabinovitch, dated July 31, 2000.

78. Assignment of Member Interest Separate from Certificate ~ Rabinovitch's Member Interest in Management – I re: Note #2, undated.

79. Form UCC-1 Financing Statement signed by Issie Rabinovitch, as Debtor, in favor of S-Corp, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Note #2.

80. Form UCC-1 Financing Statement signed by Issie Rabinovitch, as Debtor, in favor of S-Corp, as Secured Party, for filing in the California Secretary of State's Office with respect to Note #2.

81. Assumption Agreement ~ Thorne re: Note #3 Made by Acquisitions Payable to S-Corp, dated as of July 31, 2000.

82. Pledge of Member Interest ~ Thorne to S-Corp re Note #3: Member Interest in Management - D, dated as of July 31, 2000.

83. Acknowledgment of Pledge ~ Thorne's Pledge of Member Interest in Management – D re: Note #3, dated as of July 31, 2000.

84. Certificate of Member Interest (Certificate No. 1) in Management - D issued to Donald R. Thorne, dated July 31, 2000.

85. Certificate of Member Interest (Certificate No. 2) in Management - D issued to Michael Richard Thorne, dated July 31, 2000.

86. Certificate of Member Interest (Certificate No. 3) in Management - D issued to Linda D. Thorne, dated July 31, 2000.

87. Certificate of Member Interest (Certificate No. 4) in Management - D issued to Mindy Michelle Mayes, dated July 31, 2000.

88. Certificate of Member Interest (Certificate No. 5) in Management - D issued to Corey William Mayes, dated July 31, 2000.

89. Certificate of Member Interest (Certificate No. 6) in Management - D issued to Mathew Tobias Mayes, dated July 31, 2000.

90. Assignment of Member Interest Separate from Certificate ~ Thorne's Member Interest in Management – D re: Note #3, undated.

91. Form UCC-1 Financing Statement signed by Donald R. Thorne, as Debtor, in favor of S-Corp, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Note #3.

92. Form UCC-1 Financing Statement signed by Donald R. Thorne, as Debtor, in favor of S-Corp, as Secured Party, for filing in the California Secretary of State's Office with respect to Note #3.

93. Guaranty of Payment and Performance ~ Management - T re: Note #1 Payable to S-Corp, dated as of July 31, 2000.

94. Pledge of Member Interest ~ Management - T to S-Corp: Member Interest in Acquisitions, dated as of July 31, 2000.

95. Acknowledgment of Pledge ~ Pledge of Management – T's Member Interest in Acquisitions, dated as of July 31, 2000.

96. Certificate of Member Interest (Certificate No. 1) in Acquisitions issued to Management - T, dated July 31, 2000.

97. Assignment of Member Interest Separate from Certificate ~ Management – T's Member Interest in Acquisitions, undated.

98. Form UCC-1 Financing Statement signed by Management – T, as Debtor, in favor of S-Corp, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Note #1.

99. Form UCC-1 Financing Statement signed by Management - T, as Debtor, in favor of S-Corp, as Secured Party, for filing in the California Secretary of State's Office with respect to Note #1.

100. Guaranty of Payment and Performance ~ Management - I re: Note #2 Payable to S-Corp, dated as of July 31, 2000.

101. Pledge of Member Interest ~ Management - I to S-Corp: Member Interest in Acquisitions, dated as of July 31, 2000.

102. Acknowledgment of Pledge ~ Pledge of Management – I's Member Interest in Acquisitions, dated as of July 31, 2000.

103. Certificate of Member Interest (Certificate No. 2) in Acquisitions issued to Management - I, dated July 31, 2000.

104. Assignment of Member Interest Separate from Certificate ~ Management – I's Member Interest in Acquisitions, undated.

105. Form UCC-1 Financing Statement signed by Management – I, as Debtor, in favor of S-Corp, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Note #2.

106. Form UCC-1 Financing Statement signed by Management - I, as Debtor, in favor of S-Corp, as Secured Party, for filing in the California Secretary of State's Office with respect to Note #2.

107. Guaranty of Payment and Performance ~ Management - D re: Note #3 Payable to S-Corp, dated as of July 31, 2000.

108. Pledge of Member Interest ~ Management - D to S-Corp: Member Interest in Acquisitions, dated as of July 31, 2000.

109. Acknowledgment of Pledge ~ Pledge of Management – D's Member Interest in Acquisitions, dated as of July 31, 2000.

110. Certificate of Member Interest (Certificate No. 3) in Acquisitions issued to Management - D, dated July 31, 2000.

111. Assignment of Member Interest Separate from Certificate ~ Management – D's Member Interest in Acquisitions, undated.

112. Form UCC-1 Financing Statement signed by Management – D, as Debtor, in favor of S-Corp, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Note #3.

113. Form UCC-1 Financing Statement signed by Management - D, as Debtor, in favor of S-Corp, as Secured Party, for filing in the California Secretary of State's Office with respect to Note #3.

114. Action by Unanimous Written Consent of the Shareholders of Instashred Security Services, Inc., a California corporation, dated as of July 31, 2000, together with Certificate

of Secretary of Instashred Security Services, Inc., a California corporation (Shareholders), dated as of July 31, 2000.

115. Action by Unanimous Written Consent of the Directors of Instashred Security Services, Inc., a California corporation, dated as of July 31, 2000, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Directors), dated as of July 31, 2000.

116. Delaware Limited Liability Company Certificate of Formation for ISS Holdings - T, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on January 2, 2001.

117. Operating Bylaws of ISS Holdings - T, LLC, a Delaware limited liability company, dated as of January 2, 2001, marked “superseded”.

118. Operating Agreement of ISS Holdings - T, LLC, a Delaware limited liability company, dated as of January 2, 2001.

119. Application for Employer Identification Number (Form SS-4) for ISS Holdings - T, LLC, a Delaware limited liability company.

120. Delaware Limited Liability Company Certificate of Formation for ISS Holdings - I, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on January 2, 2001.

121. Operating Bylaws of ISS Holdings - I, LLC, a Delaware limited liability company, dated as of January 2, 2001, marked “superseded”.

122. Operating Agreement of ISS Holdings - I, LLC, a Delaware limited liability company, dated as of January 2, 2001.

123. Application for Employer Identification Number (Form SS-4) for ISS Holdings - I, LLC, a Delaware limited liability company.

124. Delaware Limited Liability Company Certificate of Formation for ISS Holdings - D, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on January 2, 2001.

125. Operating Bylaws of ISS Holdings - D, LLC, a Delaware limited liability company, dated as of January 2, 2001, marked “superseded”.

126. Operating Agreement of ISS Holdings - D, LLC, a Delaware limited liability company, dated as of January 2, 2001.

127. Application for Employer Identification Number (Form SS-4) for ISS Holdings - D, LLC, a Delaware limited liability company.

128. Contribution Agreement ~ S-Corp to Holdings - T: Redemption and Purchase Notes, dated as of January 2, 2001.

129. Allonge to Promissory Note ~ S-Corp to Holdings - T: Redemption Note, dated as of January 2, 2001.

130. Allonge to Promissory Note ~ S-Corp to Holdings - T: Purchase Note, dated as of January 2, 2001.

131. Contribution Agreement ~ S-Corp to Holdings - I: Redemption and Purchase Notes, dated as of January 2, 2001.

132. Allonge to Promissory Note ~ S-Corp to Holdings - I: Redemption Note, dated as of January 2, 2001.

133. Allonge to Promissory Note ~ S-Corp to Holdings - I: Purchase Note, dated as of January 2, 2001.

134. Contribution Agreement ~ S-Corp to Holdings - D: Redemption and Purchase Notes, dated as of January 2, 2001.

135. Allonge to Promissory Note ~ S-Corp to Holdings - D: Redemption Note, dated as of January 2, 2001.

136. Allonge to Promissory Note ~ S-Corp to Holdings - D: Purchase Note, dated as of January 2, 2001.

137. Indemnity Agreement ~ By the Dunlap Group, dated as of January 2, 2001.

138. Indemnity Agreement ~ By the Rabinovitch Group, dated as of January 2, 2001.

139. Indemnity Agreement ~ By the Thorne Group, dated as of January 2, 2001.

140. Shareholders Agreement ~ Instashred Security Services, Inc., dated as of January 2, 2001.

141. Action by Unanimous Written Consent of the Shareholders of Instashred Security Services, Inc., a California corporation, dated as of December 31, 2001, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Shareholders), dated as of January 2, 2001.

142. Action by Unanimous Written Consent of the Directors of Instashred Security Services, Inc., a California corporation, dated as of December 31, 2001, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Directors), dated as of January 2, 2001.

143. Agreement for Division of Company Assets and Allocation of Company Liabilities ~ ISS Acquisitions, LLC, dated as of December 1, 2001.

144. Delaware Limited Liability Company Certificate of Formation for ISS Acquisitions II, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on June 22, 2000.

145. Operating Agreement of ISS Acquisitions II, LLC, a Delaware limited liability company, dated as of December 31, 2001.

146. Application for Employer Identification Number (Form SS-4) for ISS Acquisitions II, LLC, a Delaware limited liability company.

147. Assignment of Beneficial Interest and Assumption Agreement ~ Acquisitions 1 to Acquisitions 2: Member Interest in Operating LLC, dated as of December 31, 2001.

148. Agency Agreement ~ S-Corp for Acquisitions 2: Interests in Operating LLC, dated as of December 31, 2001.

149. Non-Negotiable Promissory Note ~ Replacement Note #1A: Acquisitions 1 Payable to Holdings - T, dated as of December 31, 2001.

150. Non-Negotiable Promissory Note ~ Replacement Note #2A: Acquisitions 1 Payable to Holdings - I, dated as of December 31, 2001.

151. Non-Negotiable Promissory Note ~ Replacement Note #3A: Acquisitions 1 Payable to Holdings - D, dated as of December 31, 2001.

152. Non-Negotiable Promissory Note ~ Replacement Note #1B: Acquisitions 2 Payable to Holdings - T, dated as of December 31, 2001.

153. Non-Negotiable Promissory Note ~ Replacement Note #2B: Acquisitions 2 Payable to Holdings - I, dated as of December 31, 2001.

154. Non-Negotiable Promissory Note ~ Replacement Note #3B: Acquisitions 2 Payable to Holdings - D, dated as of December 31, 2001.

155. Assumption Agreement ~ Dunlap re: Replacement Note #1A Made by Acquisitions 1 Payable to Holdings - T, dated as of December 31, 2001.

156. Assumption Agreement ~ Dunlap re: Replacement Note #1B Made by Acquisitions 2 Payable to Holdings – T, dated as of December 31, 2001.

157. Assumption Agreement ~ Rabinovitch re: Replacement Note #2A Made by Acquisitions 1 Payable to Holdings - I, dated as of December 31, 2001.

158. Assumption Agreement ~ Rabinovitch re: Replacement Note #2B Made by Acquisitions 2 Payable to Holdings - I, dated as of December 31, 2001.

159. Assumption Agreement ~ Thorne re: Replacement Note #3A Made by Acquisitions 1 Payable to Holdings - D, dated as of December 31, 2001.

160. Assumption Agreement ~ Thorne re: Replacement Note #3B Made by Acquisitions 2 Payable to Holdings - D, dated as of December 31, 2001.

161. Guaranty of Payment and Performance ~ Management – T re: Acquisitions 1 Replacement Note #1A Payable to Holdings - T, dated as of December 31, 2001.

162. Guaranty of Payment and Performance ~ Management – T re: Acquisitions 2 Replacement Note #1B Payable to Holdings - T, dated as of December 31, 2001.

163. Guaranty of Payment and Performance ~ Management – I re: Acquisitions 1 Replacement Note #2A Payable to Holdings - I, dated as of December 31, 2001.

164. Guaranty of Payment and Performance ~ Management – I re: Acquisitions 2 Replacement Note #2B Payable to Holdings - I, dated as of December 31, 2001.

165. Guaranty of Payment and Performance ~ Management – D re: Acquisitions 1 Replacement Note #3A Payable to Holdings - D, dated as of December 31, 2001.

166. Guaranty of Payment and Performance ~ Management – D re: Acquisitions 2 Replacement Note #3B Payable to Holdings - D, dated as of December 31, 2001.

167. Pledge of Member Interest ~ Dunlap to Holdings - T re Acquisitions 1 Replacement Note #1A: Divided Interest in Management - T, dated as of December 31, 2001.

168. Pledge of Member Interest ~ Dunlap to Holdings - T re Acquisitions 2 Replacement Note #1B: Divided Interest in Management - T, dated as of December 31, 2001.

169. Acknowledgment of Pledge ~ Dunlap's Pledge of Divided Interest in Management – T re: Replacement Note #1A, dated as of December 31, 2001.

170. Acknowledgment of Pledge ~ Dunlap's Pledge of Divided Interest in Management – T re: Replacement Note #1B, dated as of December 31, 2001.

171. Certificate of Member Interest (Certificate No. 1) in Management - T issued to Thomas Dunlap, dated July 31, 2000, marked "cancelled" (see Document #66 above).

172. Certificate of Member Interest (Certificate No. 4) in Management - T issued to Thomas Dunlap, dated December 31, 2001.

173. Certificate of Member Interest (Certificate No. 5) in Management - T issued to Thomas Dunlap, dated December 31, 2001.

174. Assignment of Member Interest Separate from Certificate ~ Dunlap's Divided Interest in Management – T: Acquisitions 1 Replacement Note #1A, undated.

175. Assignment of Member Interest Separate from Certificate ~ Dunlap's Divided Interest in Management – T: Acquisitions 2 Replacement Note #1B, undated.

176. Termination of Financing Statement Form UCC-3, by S-Corp, as Secured Party, releasing security interest granted by Thomas Dunlap, as Debtor, for filing with the Delaware Secretary of State (terminating Form UCC-1 referenced in Document #70 above) (unfiled).

177. Termination of Financing Statement Form UCC-3, by S-Corp, as Secured Party, releasing security interest granted by Thomas Dunlap, as Debtor, for filing with the California Secretary of State (terminating Form UCC-1 referenced in Document #71 above) (unfiled).

178. Form UCC-1 Financing Statement by Thomas Dunlap, as Debtor, in favor of Holdings - T, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 1 Replacement Note #1A.

179. Form UCC-1 Financing Statement by Thomas Dunlap, as Debtor, in favor of Holdings - T, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 2 Replacement Note #1B.

180. Pledge of Member Interest ~ Rabinovitch to Holdings - I re Acquisitions 1 Replacement Note #2A: Divided Interest in Management - I, dated as of December 31, 2001.

181. Pledge of Member Interest ~ Rabinovitch to Holdings - I re Acquisitions 2 Replacement Note #2B: Divided Interest in Management - I, dated as of December 31, 2001.

182. Acknowledgment of Pledge ~ Rabinovitch's Pledge of Divided Interest in Management – I re: Replacement Note #2A, dated as of December 31, 2001.

183. Acknowledgment of Pledge ~ Rabinovitch's Pledge of Divided Interest in Management – I re: Replacement Note #2B, dated as of December 31, 2001.

184. Certificate of Member Interest (Certificate No. 2) in Management - I issued to Issie Rabinovitch, dated July 31, 2000, marked "cancelled" (see Document #75 above).

185. Certificate of Member Interest (Certificate No. 4) in Management - I issued to Issie Rabinovitch, dated December 31, 2001.

186. Certificate of Member Interest (Certificate No. 5) in Management - I issued to Issie Rabinovitch, dated December 31, 2001.

187. Assignment of Member Interest Separate from Certificate ~ Rabinovitch's Divided Interest in Management – I: Acquisitions 1 Replacement Note #2A, undated.

188. Assignment of Member Interest Separate from Certificate ~ Rabinovitch's Divided Interest in Management – I: Acquisitions 2 Replacement Note #2B, undated.

189. Termination of Financing Statement Form UCC-3, by S-Corp, as Secured Party, releasing security interest granted by Issie Rabinovitch, as Debtor, for filing with the Delaware Secretary of State (terminating Form UCC-1 referenced in Document #79 above) (unfiled).

190. Termination of Financing Statement Form UCC-3, by S-Corp, as Secured Party, releasing security interest granted by Issie Rabinovitch, as Debtor, for filing with the California Secretary of State (terminating Form UCC-1 referenced in Document #80 above) (unfiled).

191. Form UCC-1 Financing Statement signed by Issie Rabinovitch, as Debtor, in favor of Holdings - I, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 1 Replacement Note #2A.

192. Form UCC-1 Financing Statement signed by Issie Rabinovitch, as Debtor, in favor of Holdings - I, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 2 Replacement Note #2B.

193. Pledge of Member Interest ~ Thorne to Holdings - D re Acquisitions 1 Replacement Note #3A: Divided Interest in Management - D, dated as of December 31, 2001.

194. Pledge of Member Interest ~ Thorne to Holdings - D re Acquisitions 2 Replacement Note #3B: Divided Interest in Management - D, dated as of December 31, 2001.

195. Acknowledgment of Pledge ~ Thorne's Pledge of Divided Interest in Management – D re: Replacement Note #3A, dated as of December 31, 2001.

196. Acknowledgment of Pledge ~ Thorne's Pledge of Divided Interest in Management – D re: Replacement Note #3B, dated as of December 31, 2001.

197. Certificate of Member Interest (Certificate No. 1) in Management - D issued to Donald R. Thorne, dated July 31, 2000, marked "cancelled" (see Document #84 above).

198. Certificate of Member Interest (Certificate No. 7) in Management - D issued to Donald R. Thorne, dated December 31, 2001.

199. Certificate of Member Interest (Certificate No. 8) in Management - D issued to Donald R. Thorne, dated December 31, 2001.

200. Assignment of Member Interest Separate from Certificate ~ Thorne's Divided Interest in Management – D: Acquisitions 1 Replacement Note #3A, undated.

201. Assignment of Member Interest Separate from Certificate ~ Thorne's Divided Interest in Management – D: Acquisitions 2 Replacement Note #3B, undated.

202. Termination of Financing Statement Form UCC-3, signed by S-Corp, as Secured Party, releasing security interest granted by Donald R. Thorne, as Debtor, for filing with the Delaware Secretary of State (terminating Form UCC-1 referenced in Document #91 above) (unfiled).

203. Termination of Financing Statement Form UCC-3, signed by S-Corp, as Secured Party, releasing security interest granted by Donald R. Thorne, as Debtor, for filing with the California Secretary of State (terminating Form UCC-1 referenced in Document #92 above) (unfiled).

204. Form UCC-1 Financing Statement signed by Donald R. Thorne, as Debtor, in favor of Holdings - D, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 1 Replacement Note #3A.

205. Form UCC-1 Financing Statement signed by Donald R. Thorne, as Debtor, in favor of Holdings - D, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 2 Replacement Note #3B.

206. Pledge of Member Interest ~ Management - T to Holdings - T re Replacement Note #1A: Member Interest in Acquisitions 1, dated as of December 31, 2001.

207. Pledge of Member Interest ~ Management - I to Holdings - I re Replacement Note #2A: Member Interest in Acquisitions 1, dated as of December 31, 2001.

208. Pledge of Member Interest ~ Management - D to Holdings - D re Replacement Note #3A: Member Interest in Acquisitions 1, dated as of December 31, 2001.

209. Acknowledgment of Pledge ~ Pledge of Management - T's Member Interest in Acquisitions 1, dated as of December 31, 2001.

210. Acknowledgment of Pledge ~ Pledge of Management - I's Member Interest in Acquisitions 1, dated as of December 31, 2001.

211. Acknowledgment of Pledge ~ Pledge of Management - D's Member Interest in Acquisitions 1, dated as of December 31, 2001.

212. Certificate of Member Interest (Certificate No. 1) in Acquisitions 1 issued to Management - T, dated July 31, 2000 (see Document #96 above).

213. Certificate of Member Interest (Certificate No. 2) in Acquisitions 1 issued to Management - I, dated July 31, 2000 (see Document #103 above).

214. Certificate of Member Interest (Certificate No. 3) in Acquisitions 1 issued to Management - D, dated July 31, 2000 (see Document #110 above).

215. Assignment of Member Interest Separate from Certificate ~ Management – T's Member Interest in Acquisitions 1, undated (see Document #97 above).

216. Assignment of Member Interest Separate from Certificate ~ Management – I's Member Interest in Acquisitions 1, undated (see Document #104 above).

217. Assignment of Member Interest Separate from Certificate ~ Management – D's Member Interest in Acquisitions 1, undated (see Document #111 above).

218. Form UCC-1 Financing Statement signed by Management – T, as Debtor, in favor of Holdings - T, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 1 Replacement Note (see Document #98 above).

219. Form UCC-1 Financing Statement signed by Management – I, as Debtor, in favor of Holdings - I, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 1 Replacement Note (see Document #105 above).

220. Form UCC-1 Financing Statement signed by Management – D, as Debtor, in favor of Holdings - D, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 1 Replacement Note (see Document #112 above).

221. Pledge of Member Interest ~ Management - T to Holdings - T re Replacement Note #1B: Member Interest in Acquisitions 2, dated as of December 31, 2001.

222. Pledge of Member Interest ~ Management - I to Holdings - I re Replacement Note #2B: Member Interest in Acquisitions 2, dated as of December 31, 2001.

223. Pledge of Member Interest ~ Management - D to Holdings – D re Replacement Note #3B: Member Interest in Acquisitions 2, dated as of December 31, 2001.

224. Acknowledgment of Pledge ~ Pledge of Management – T's Member Interest in Acquisitions 2, dated as of December 31, 2001.

225. Acknowledgment of Pledge ~ Pledge of Management – I's Member Interest in Acquisitions 2, dated as of December 31, 2001.

226. Acknowledgment of Pledge ~ Pledge of Management – D's Member Interest in Acquisitions 2, dated as of December 31, 2001.

227. Certificate of Member Interest (Certificate No. 1) in Acquisitions 2 issued to Management - T, dated December 31, 2001.

228. Certificate of Member Interest (Certificate No. 2) in Acquisitions 2 issued to Management - I, dated December 31, 2001.

229. Certificate of Member Interest (Certificate No. 3) in Acquisitions 2 issued to Management - D, dated December 31, 2001.

230. Assignment of Member Interest Separate from Certificate ~ Management – T's Member Interest in Acquisitions 2, undated.

231. Assignment of Member Interest Separate from Certificate ~ Management – I's Member Interest in Acquisitions 2, undated.

232. Assignment of Member Interest Separate from Certificate ~ Management – D's Member Interest in Acquisitions 2, undated.

233. Form UCC-1 Financing Statement by Management - T, as Debtor, in favor of Holdings - T, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 2 Replacement Note.

234. Form UCC-1 Financing Statement by Management - I, as Debtor, in favor of Holdings - I, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 2 Replacement Note.

235. Form UCC-1 Financing Statement by Management - D, as Debtor, in favor of Holdings - D, as Secured Party, for filing in the Delaware Secretary of State's Office with respect to Acquisitions 2 Replacement Note.

236. Dissolution Agreement ~ ISS Acquisitions, LLC, dated as of December 31, 2001.

237. Assumption Agreement ~ Management – T re: Acquisitions 1 Replacement Note #1A Payable to Holdings - T, dated as of December 31, 2001.

238. Assumption Agreement ~ Management – I re: Acquisitions 1 Replacement Note #2A Payable to Holdings - I, dated as of December 31, 2001.

239. Assumption Agreement ~ Management – D re: Acquisitions 1 Replacement Note #3A Payable to Holdings - D, dated as of December 31, 2001.

240. Certificate of Cancellation of ISS Acquisitions, LLC, a Delaware limited liability company, to be filed with the Delaware Secretary of State.

241. Action by Unanimous Written Consent of the Shareholders of Instashred Security Services, Inc., a California corporation, dated as of December 31, 2001, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Shareholders), dated as of December 31, 2001.

242. Action by Unanimous Written Consent of the Directors of Instashred Security Services, Inc., a California corporation, dated as of December 31, 2001, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Directors), dated as of December 31, 2001.

243. Dissolution Agreement ~ ISS Acquisitions II, LLC, dated as of November 15, 2002.

244. Quitclaim Assignment of Member Interest ~ Member Interest in Instashred Security Services, LLC, dated as of December 31, 2002.

245. Assumption Agreement ~ Management–T re: Acquisitions 2 Replacement Note #1B Payable to Holdings-T, dated as of December 31, 2002.

246. Assumption Agreement ~ Management–I re: Acquisitions 2 Replacement Note #2B Payable to Holdings-I, dated as of December 31, 2002.

247. Assumption Agreement ~ Management–D re: Acquisitions 2 Replacement Note #3B Payable to Holdings-D, dated as of December 31, 2002.

248. Certificate of Cancellation of ISS Acquisitions II, LLC, a Delaware limited liability company, filed with the Delaware Secretary of State on November 19, 2002.

249. Action by Unanimous Written Consent of the Shareholders of Instashred Security Services, Inc., a California corporation, dated as of December 31, 2002, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Shareholders), dated as of December 31, 2002.

250. Action by Unanimous Written Consent of the Directors of Instashred Security Services, Inc., a California corporation, dated as of December 31, 2002, together with Certificate of Secretary of Instashred Security Services, Inc., a California corporation (Directors), dated as of December 31, 2002.

251. Form 1065 - U.S. Return of Partnership Income of ISS Management - D, LLC for tax year 2000.

252. Form 1065 - U.S. Return of Partnership Income of ISS Management - I, LLC for tax year 2000.

253. Form 1065 - U.S. Return of Partnership Income of ISS Management - T, LLC for tax year 2000.

254. Form 1065 - U.S. Return of Partnership Income of ISS Acquisitions, LLC for tax year 2000.

255. Form 1065 - U.S. Return of Partnership Income of Instashred Security Services, LLC for tax year 2000.

Defendant identifies the following documents:

256. Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for ISS Management - D, LLC.

257. Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Donald R. Thorne and Linda Thorne.

258. Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Thomas Dunlap.

259. Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for ISS Management - T, LLC.

260. Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Issie N. And Rhoda Rabinovitch.

261. Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for ISS Management - I, LLC.

262. Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for ISS Acquisitions, LLC.

263. Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Instashred Security Services, LLC.

264. All relevant tax returns not identified by Plaintiffs.

B. The parties are not presently aware of any statutes, regulations or subregulatory guidance that may be at issue in this action that are unpublished, outdated or otherwise not readily available to the Court.