# In the United States Court of Federal Claims

No. 05-299 T

(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed: August 16, 2005)

| | |
|---|---|
| **INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

The Court hereby ORDERS that the parties shall appear for a preliminary status conference on **September 20, 2005**, at 11:00 am Eastern Time. The parties shall be prepared to discuss all issues addressed in the joint preliminary status report. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

/s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge