# In the United States Court of Federal Claims

No. 05-299 T
(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed: September 9, 2005)

**INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner, et al.,**

*Plaintiffs*,

v.

**THE UNITED STATES**,

*Defendant*.

## ORDER

On August 31, 2005, Plaintiffs attempted to file with this Court a paper document entitled "Notice of Entry of Appearance by Counsel for Plaintiff." The Court hereby directs the Clerk of Court to return the document to Plaintiffs unfiled, for the following deficiencies:

1. This case has been designated as an ECF case and all submissions must be filed electronically;

2. The document was not signed by the attorney of record pursuant to Rules 11 and 83.1(c)(2) of the Rules of the Court of Federal Claims (RCFC); and

3. There can only be one "attorney of record" for a party pursuant to RCFC 83.1(c)(1); other attorneys may be noted as "of counsel."

The Court directs counsel to take greater heed of the Court's Rules.

s/ Edward J. Damich
Edward J. Damich
Chief Judge