# In the United States Court of Federal Claims

NO. 05-299 T
(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed September 28, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Preliminary Status Conference that was previously scheduled for Tuesday, September 20, 2005, will be held on **Wednesday, October 19, 2005, at 2:00 p.m. (Eastern)**.

All counsel are expected to appear at the status conference by telephone and should call the Court's judicial assistant, Shirley Scott, at (202)357-6483, no later than one business day before the conference to provide the number at which counsel can be reached.

Additionally, in the event that there is anything to report that reflects a change to the Joint Preliminary Status Report, the parties shall file a Joint Status Report on or before October 12, 2005.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge