# In the United States Court of Federal Claims

NO. 05-299 T

(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed October 24, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 19, 2005, the Court held a status conference in the above-referenced action. In particular, Defendant questioned the Court's jurisdiction over this matter. Additionally, the Court was informed that a criminal indictment that relates to this action had been issued and that the parties request a stay of this case until the conclusion of the criminal trial.

Accordingly, the Court hereby ORDERS that:

1. This case is STAYED, due to the filing of a criminal indictment in a related criminal action, until **June 8, 2006**, except for the briefing schedule set forth below.

2. With respect to the question of the Court's jurisdiction, Defendant has until **December 19, 2005**, to file a Motion to Dismiss for lack of jurisdiction. Upon the filing of such a motion, the briefing of this issue shall comport with the schedule set out in the Rules of the Court.

3. With respect to the stay, the parties are to file a Joint Status Report on or before **June 1, 2006**, that addresses, inter alia, the status of the criminal action and whether the stay should be extended (and, if so, for how long).

Additionally, in the event that either party determines in the interim that a stay is no longer appropriate, that party may request a status conference to discuss the issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge