IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with Nos. 05-300 T, 05-301 T,
05-302 T, & 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
BY AND THROUGH ISS ACQUISITIONS, LLC,
A PARTNER OTHER THAN THE TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES' TO DISMISS
EACH CONSOLIDATED PETITION FOR FAILURE
TO MAKE JURISDICTIONAL DEPOSIT

COMES NOW the defendant, the United States, pursuant to the Court's order of October 24, 2005, and hereby moves under RCFC 12(b)(1) to dismiss the readjustment petitions of ISS Acquisitions, LLC (Fed. Cl. No. 05-299T), Thomas Dunlap (Fed. Cl. No. 05-300T), Donald Thorne (Fed. Cl. No. 05-301T), Issie Rabinovitch (Fed. Cl. No. 05-302T), and ISS Management - D, LLC (Fed. Cl. No. 05-303T) for failure to comply with the jurisdictional deposit requirement of 26 U.S.C. § 6226(e)(1) and Treas. Reg. § 301.6226(e)-1(a)(1)(2001).

In accordance with RCFC 7(b)(1-2), this motion is accompanied by a brief setting forth in detail the grounds for this motion and supporting argument.

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
BART D. JEFFRESS
Trial Attorney
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-6580
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/David Gustafson
Of Counsel

December 19, 2005