No. 05-299 T
(Chief Judge Edward J. Damich)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Consolidated with Nos. 05-300 T, 05-301 T,
05-302 T, & 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
BY AND THROUGH ISS ACQUISITIONS, LLC,
A PARTNER OTHER THAN THE TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

APPENDIX B TO MOTION OF THE UNITED STATES TO DISMISS EACH CONSOLIDATED PETITION FOR FAILURE TO MAKE JURISDICTIONAL DEPOSIT AND BRIEF IN SUPPORT THEREOF

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
ROBERT J. HIGGINS
BART D. JEFFRESS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

# TABLE OF CONTENTS


| Exhibit | Description | Page |
|---|---|---|
| 1 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Thomas Dunlap for period ending December 31, 2000 | B1 |
| 2 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Donald R. and Linda Thorne for period ending December 31, 2000 | B5 |
| 3 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Issie N. and Rhoda Rabinovitch for period ending December 31, 2000 | B9 |
| 4 | Materials produced by petitioners' counsel | B13 |
| 5 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for ISS Management-T, LLC for period ending December 31, 2000 | B25 |
| 6 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for ISS Management-D, LLC for period ending December 31, 2000 | B28 |
| 7 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for ISS Management-I, LLC for period ending December 31, 2000 | B31 |
| 8 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Instashred Security Services, LLC for period ending December 31, 2000 | B34 |
| 9 | Schedule K-1s produced with petitioners' initial disclosures | B38 |
| 10 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for ISS Acquisitions, LLC for period ending December 31, 2000 | B65 |