

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date:  April 20, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Thomas Dunlap, Social Security Number: ███████, covering United States Individual Income Tax for the period ending December 31, 2000

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Control/Services Operations

Catalog Number 19002E



EXHIBIT

1

Form **2866** (Rev. 09-1997)

B  1

THOMAS DUNLAP                              EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | RETURN PREPARER TIN: P00027220 | | | |
| | ADJUSTED GROSS INCOME 191,016.00 | | | |
| | TAXABLE INCOME 123,245.00 | | | |
| 10-18-2001 | RETURN FILED & TAX ASSESSED 89221-294-72803-1  200145 | | 38,246.00 | 11-19-2001 |
| 04-15-2001 | WITHHOLDING & EXCESS FICA | | 45,071.00 | |
| 09-15-2000 | ESTIMATED TAX DECLARATION | | 25,000.00 | |
| 04-15-2000 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 21,654.00 | |
| 04-15-2001 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2001 | | | |
| 04-15-2001 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2001 | | | |
| 04-15-2001 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (20,000.00) | |
| 11-19-2001 | REFUND | | (33,479.00) | |
| 11-26-2001 | IMMEDIATE TAX RELIEF CREDIT | | 500.00 | |
| | ADDITIONAL TAX ASSESSED 89254-999-05099-1  200146 | | 0.00 | 11-26-2001 |
| 11-26-2001 | REFUND | | (500.00) | |
| 08-16-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 10-15-2004 | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

THOMAS DUNLAP                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   2000

|      |                            | ASSESSMENT, | PAYMENT,   | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT    | DATE (23C, |
|      |                            | (REVERSAL)  | (REVERSAL) | RAC 006 )  |

09-30-2004 RECEIVED POA/TIA

03-29-2005 LEGAL SUIT PENDING


FORM 4340  (REV. 01-2002)                 PAGE    2

B 3

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS DUNLAP                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


BALANCE              0.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:     David R. Martin

TITLE:     Chief, Accounting Control/Services Operations

DELEGATION ORDER:      CS/SP – F : 19 (Rev. 10)


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 04/12/2005

FORM 4340  (REV. 01-2002)                    PAGE    3
```

B 4



# United States          of America

### Department of the Treasury
### Internal Revenue Service

Date:  July 5, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Donald R. and Linda Thorne, Social Security Numbers: ███████ and ███████ respectively, covering United States Individual Income Tax for the period ending December 31, 2000

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Control/Services Operations



**EXHIBIT**

2

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

B  5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DONALD R & LINDA THORNE                EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

|  | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | | | |

--------------------------------------------------------------------------------

RETURN PREPARER TIN:
P00027220

ADJUSTED GROSS INCOME
              367,243.00

TAXABLE INCOME
              124,098.00

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-24-2001 | RETURN FILED & TAX ASSESSED 89221-301-95205-1  200146 | 61,823.00 | | 11-26-2001 |
| 04-15-2001 | WITHHOLDING & EXCESS FICA | | 2,846.00 | |
| 06-16-2000 | ESTIMATED TAX DECLARATION | | 135,000.00 | |
| 09-18-2000 | ESTIMATED TAX DECLARATION | | 135,000.00 | |
| 04-15-2000 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 71,621.00 | |
| 04-15-2001 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2001 | | | |
| 04-15-2001 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2001 | | | |
| 04-15-2001 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (69,000.00) | |
| 11-26-2001 | REFUND | | (213,644.00) | |
| 12-03-2001 | IMMEDIATE TAX RELIEF CREDIT | | 600.00 | |
| | ADDITIONAL TAX ASSESSED 89254-999-05099-1  200147 | | 0.00 | 12-03-2001 |
| 12-03-2001 | REFUND | | (600.00) | |

FORM 4340  (REV. 01-2002)              PAGE   1

B 6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

**DONALD R & LINDA THORNE**                EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----|-----|-----|-----|

09-01-2004 ASSESSMENT STATUTE EXPIR
           DATE EXTEND TO 10-15-2004

09-02-2004 RECEIVED POA/TIA

04-05-2005 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DONALD R & LINDA THORNE                    EIN/SSN: ▓▓▓▓▓▓▓▓▓


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000
--------------------------------------------------------------------------------


BALANCE              0.00

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:      David R. Martin

TITLE:        Chief, Accounting Control/Services Operations

DELEGATION ORDER:      CS/SP – F : 19 (Rev. 10)


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 06/29/2005

FORM 4340  (REV. 01-2002)              PAGE    3

B 8



# United States **of America**

### Department of the Treasury
### Internal Revenue Service

Date:  June 21, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Issie N. and Rhoda Rabinovitch, Social Security Numbers: ███████ and ███████ respectively, covering United States Individual Income Tax for the period ending December 31, 2000

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Control/Services Operations

Catalog Number 19002E

EXHIBIT
3

Form **2866** (Rev. 09-1997)

B  9

ISSIE N & RHODA RABINOVITCH                EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|----------|----------|----------|
| | RETURN PREPARER TIN: P00027220 | | | |
| | ADJUSTED GROSS INCOME 2,466,900.00 | | | |
| | TAXABLE INCOME 2,114,331.00 | | | |
| | SELF EMPLOYMENT TAX 54,694.00 | | | |
| 10-17-2001 | RETURN FILED & TAX ASSESSED 89221-294-04003-1  200145 | | 796,618.00 | 11-19-2001 |
| 04-15-2001 | WITHHOLDING & EXCESS FICA | | 5,693.00 | |
| 06-17-2000 | ESTIMATED TAX DECLARATION | | 120,000.00 | |
| 09-19-2000 | ESTIMATED TAX DECLARATION | | 120,000.00 | |
| 04-15-2000 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 21,120.00 | |
| 01-17-2001 | ESTIMATED TAX DECLARATION | | 365,000.00 | |
| 04-15-2001 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2001 | | | |
| 04-15-2001 | SUBSEQUENT PAYMENT | | 616,000.00 | |
| 04-15-2001 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2001 | | | |
| 04-15-2001 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (451,195.00) | |
| 11-26-2001 | IMMEDIATE TAX RELIEF CREDIT | | 600.00 | |
| | ADDITIONAL TAX ASSESSED 89254-999-05099-1  200146 | | 0.00 | 11-26-2001 |

FORM 4340  (REV. 01-2002)              PAGE   1

--------------------------------------------------------------------------------

ISSIE N & RHODA RABINOVITCH          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|

11-26-2001 REFUND                                    (600.00)

08-16-2004 ASSESSMENT STATUTE EXPIR
           DATE EXTEND TO 10-15-2004

09-30-2004 RECEIVED POA/TIA

03-30-2005 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)              PAGE    2

B 11

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

**ISSIE N & RHODA RABINOVITCH**                    **EIN/SSN:** 


**TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN**
**FORM: 1040        TAX PERIOD: DEC  2000**

------------------------------------------------------------------------


**BALANCE**              **0.00**

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Control/Services Operations

DELEGATION ORDER: CS/SP – F : 19 (Rev. 10)


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/16/2005

FORM 4340  (REV. 01-2002)              PAGE    3

B 12

**FILE**

**GODDARD** LLP

A LIMITED LIABILITY PARTNERSHIP

LAWYERS

18500 VON KARMAN AVENUE, SUITE 400

LOREN A. DETERS                    IRVINE, CALIFORNIA 92612              FACSIMILE
                                   TELEPHONE (949) 253-0500              (949) 253-0505

March 10, 2005

*VIA CERTIFIED MAIL*                                              4012.001
*RECEIPT NO: 7002 1000 0005 4694 5326*
INTERNAL REVENUE SERVICE CENTER
Fresno, California 93888-0102

    *Taxpayer: Thomas Dunlap*
    *Taxpayer ID:* ▮▮▮▮▮
    *Partnership No. 1: ISS Management – T, LLC, a Delaware limited liability company*
    *Partnership No. 1 Tax ID : 95-4813396*
    *Partnership No. 2: ISS Acquisitions, LLC, a Delaware limited liability company*
    *Partnership No. 2 Tax ID : 33-0920268*
    *Partnership No. 3: Instashred Security Services, LLC, a California limited liability company*
    *Partnership No. 3 Tax ID : 95-4744625*
    *Tax Year: December, 2000*

Dear Sir or Madam:

    Enclosed is a check in the amount of $30,123.00. This deposit is being made by the above-referenced taxpayer in connection with the Notices of Final Partnership Administrative Adjustment issued to the above-referenced partnerships for the above-referenced tax year.

Very truly yours,

*[signature]*

Loren A. Deters

Enclosure

cc:   Mr. Thomas Dunlap (w/ encl., via regular mail)

**EXHIBIT**

4

B 13



ISS MANAGEMENT-T LLC   01-01
8490 ROTARY DR.
LA VERNE, CA 91750

BANK ONE TRUST COMPANY
COLUMBUS, OHIO 43271
25-80/440

10286

3/8/2005

PAY TO THE
ORDER OF   United States Treasury                                    $ **30,123.00

Thirty Thousand One Hundred Twenty-Three and 00/100************************************   DOLLARS

United States Treasury

MEMO

ISS MANAGEMENT-T LLC

United States Treasury                                    3/8/2005                    10286

Back taxes litigation                                                        30,123.00

MSDW          95-4813396                                                      30,123.00

B 14



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Sent To    *Internal Revenue Service Ctr*
Street, Apt. No.; or PO Box No.    *Fresno, CA. 93888-0102*
City, State, ZIP+4

PS Form 3800, April 2002          See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance...)

OFFICIAL

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Sent To    *Internal Revenue Service Ctr*
Street, Apt. No.; or PO Box No.    *Fresno, CA. 93888-0102*
City, State, ZIP+4

PS Form 3800, April 2002          See Reverse for Instructions



UNITED STATES POSTAGE
$ 04.42⁰
MAR 10 2005
02 1A
0004303127
MAILED FROM ZIP CODE 92612

CERTIFIED MAIL

7002 1000 0005 4694 5326

via *Certified Mail*
*Return Receipt Requested*
INTERNAL REVENUE SERVICE CENTER
Fresno, Ca 93888-0102

GODDARD LLP
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVE., SUITE 400.
IRVINE, CA 92612

**GODDARD** LLP

A LIMITED LIABILITY PARTNERSHIP

LAWYERS

18500 VON KARMAN AVENUE, SUITE 400

IRVINE, CALIFORNIA 92612

TELEPHONE (949) 253-0500



LOREN A. DETERS

FACSIMILE
(949) 253-0505

March 10, 2005

*VIA CERTIFIED MAIL*                                                                 4012.001
RECEIPT NO: 7002 1000 0005 4694 5333
INTERNAL REVENUE SERVICE CENTER
Fresno, California 93888-0102

    *Taxpayer: Issie Rabinovitch*
    *Taxpayer ID:*
    *Partnership No. 1: ISS Management – I, LLC, a Delaware limited liability company*
    *Partnership No. 1 Tax ID : 77-0549878*
    *Partnership No. 2: ISS Acquisitions, LLC, a Delaware limited liability company*
    *Partnership No. 2 Tax ID : 33-0920268*
    *Partnership No. 3: Instashred Security Services, LLC, a California limited liability company*
    *Partnership No. 3 Tax ID : 95-4744625*
    *Tax Year: December, 2000*

Dear Sir or Madam:

    Enclosed is a check in the amount of $357,167.00. This deposit is being made by the above-referenced taxpayer in connection with the Notices of Final Partnership Administrative Adjustment issued to the above-referenced partnerships for the above-referenced tax year.

                         Very truly yours,

                         Loren A. Deters

Enclosure

cc:    Mr. Issie Rabinovitch (w/ encl., via regular mail)



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Sent To  Internal Revenue Service Center
Street, Apt. No.; or PO Box No.  Fresno CA 93888-0102
City, State, ZIP+4

PS Form 3800, April 2002                    See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RE**
(Domestic Mail Only; No Insuranc

OFFICIA

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark
Here

Sent To  Internal Revenue Service Center
Street, Apt. No.; or PO Box No.  Fresno CA 93888-0102
City, State, ZIP+4

PS Form 3800, April 2002                    See Reverse for Instructions



UNITED STATES POSTAGE
$ 04.42
MAR 10 2005
02 1A
0D04303127
MAILED FROM ZIP CODE 92612

CERTIFIED MAIL

7002 1000 0005 4694 5333

*via Certified Mail*
*Return Receipt Requested*
INTERNAL REVENUE SERVICE CENTER
Fresno, Ca 93888-0102

GODDARD LLP
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVE., SUITE 400,
IRVINE, CA 92612

B 20

**GODDARD** LLP

A LIMITED LIABILITY PARTNERSHIP

LAWYERS

18500 VON KARMAN AVENUE, SUITE 400

IRVINE, CALIFORNIA 92612

TELEPHONE (949) 253-0500

LOREN A. DETERS

FACSIMILE
(949) 253-0506

# FILE

March 10, 2005

4012.001

*VIA CERTIFIED MAIL*
*RECEIPT NO: 7002 1000 0005 4694 5340*
INTERNAL REVENUE SERVICE CENTER
Fresno, California  93888-0102

> *Taxpayer:  Donald R. Thorne*
> *Taxpayer ID:* ▮▮▮▮▮▮
> *Partnership No. 1:  ISS Management – D, LLC, a Delaware limited liability company*
> *Partnership No. 1 Tax ID :  33-0920267*
> *Partnership No. 2:  ISS Acquisitions, LLC, a Delaware limited liability company*
> *Partnership No. 2 Tax ID :  33-0920268*
> *Partnership No. 3: Instashred Security Services, LLC, a California limited liability company*
> *Partnership No. 3 Tax ID :  95-4744625*
> *Tax Year:  December, 2000*

Dear Sir or Madam:

    Enclosed is a check in the amount of $258,662.00.  This deposit is being made by the above-referenced taxpayer in connection with the Notices of Final Partnership Administrative Adjustment issued to the above-referenced partnerships for the above-referenced tax year.

Very truly yours,

Loren A. Deters

Enclosure

cc:   Mr. Donald R. Thorne (w/ encl., via regular mail)

B  21





CERTIFIED MAIL

7002 1000 0005 4694 5340

*via Certified Mail*
*Return Receipt Requested*
INTERNAL REVENUE SERVICE CENTER
Fresno, CA 93888-0102

GODDARD LLP.
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVE., SUITE 400
IRVINE, CA 92612

UNITED STATES POSTAGE
$ 04.420
MAR 10 2005
0004303127
MAILED FROM ZIP CODE 92612



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| Postage | $ | .37 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark
Here

Sent To    Internal Revenue Service Center
Street, Apt. No.; or PO Box No.    Fresno, CA. 93888-
City, State, ZIP+4

PS Form 3800, April 2002    See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage

OFFICIAL

| Postage | $ | .37 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Sent To    Internal Revenue Service Center
Street, Apt. No.; or PO Box No.    Fresno, CA. 93888-0102
City, State, ZIP+4

PS Form 3800, April 2002    See Reverse for Instructions

B 24