# United States of America

## Department of the Treasury
## Internal Revenue Service

Date: July 5, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for ISS Management-T, Limited Liability Corporation/Company - Dunlap, Thomas, Member - Employer Identification Number: 95-4813396, covering United States Return of Partnership Income for the period ending December 31, 2000

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Control/Services Operations

EXHIBIT 5

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ISS MANAGEMENT-T LLC
DUNLAP THOMAS MEMBER

EIN/SSN: 95-4813396

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-11-2001 | RETURN FILED<br>89265-286-14209-1 200144 | | 0.00 | 11-12-2001 |
| 05-28-2001 | EXTENSION OF TIME TO FILE<br>EXT. DATE 07-15-2001 | | | |
| 07-16-2001 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-2001 | | | |
| 03-08-2005 | SUBSEQUENT PAYMENT | | 30,123.00 | |
| 03-29-2005 | LEGAL SUIT PENDING | | | |
| | ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>OTHER CLOSINGS AFTER<br>EXAMINATION<br>29247-512-00203-5 200518 | 0.00 | | 05-16-2005 |
| 05-16-2005 | RENUMBERED RETURN<br>29247-512-00203-5 | | | |
| 06-08-2005 | RECEIVED POA/TIA | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ISS MANAGEMENT-T LLC
DUNLAP THOMAS MEMBER

EIN/SSN: 95-4813396

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

---

BALANCE 30,123.00-

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: ____________

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Control/Services Operations

DELEGATION ORDER: CS/SP – F : 19 (Rev. 10)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE. 06/29/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: April 27, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for ISS Management - D Limited Liability Corporation/Company- Thorne, Donald, Member- Employer Identification Number: 33-0920267, covering United States Return of Partnership Income for the period ending December 31, 2000

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Control/Services Operations

EXHIBIT
6
PENGAD-Bayonne, N. J.

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ISS MANAGEMENT-D LLC
THORNE DONALD MEMBER

EIN/SSN: 33-0920267

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-24-2001 | RETURN FILED 89265-300-31818-1 200147 | 0.00 | | 12-03-2001 |
| 05-28-2001 | EXTENSION OF TIME TO FILE EXT. DATE 07-15-2001 | | | |
| 07-16-2001 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-2001 | | | |
| | LATE FILING PENALTY 200147 | 350.00 | | 12-03-2001 |
| 12-03-2001 | LATE FILING PENALTY ABATED | 350.00- | | |
| | ADDITIONAL TAX ASSESSED 89254-425-06762-2 200206 | 0.00 | | 02-18-2002 |
| 09-01-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 10-15-2004 | | | |
| 03-20-2005 | SUBSEQUENT PAYMENT | | 258,662.00 | |
| 04-05-2005 | LEGAL SUIT PENDING | | | |
| 12-03-2001 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ISS MANAGEMENT-D LLC EIN/SSN: 33-0920267
THORNE DONALD MEMBER

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

---

BALANCE 258,662.00-

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: ________

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Control/Services Operations

DELEGATION ORDER: CS/SP – F : 19 (Rev. 10)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 04/25/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 20, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for ISS Management-I, Limited Liability Corporation/Company - Rabinovitch, Issie, Member - Employer Identification Number: 77-0549878, covering United States Return of Partnership Income for the period ending December 31, 2000

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Control/Services Operations

PENGAD-Bayonne, N. J.
EXHIBIT
7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ISS MANAGEMENT-I LLC
RABINOVITCH ISSIE MEMBER

EIN/SSN: 77-0549878

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-25-2001 | RETURN FILED 89265-300-26914-1 200146 | | 0.00 | 11-26-2001 |
| 05-28-2001 | EXTENSION OF TIME TO FILE EXT. DATE 07-15-2001 | | | |
| 07-16-2001 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-2001 | | | |
| | LATE FILING PENALTY 200146 | 200.00 | | 11-26-2001 |
| 12-13-2001 | SUBSEQUENT PAYMENT | | 200.00 | |
| 03-30-2005 | LEGAL SUIT PENDING | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION OTHER CLOSINGS AFTER EXAMINATION 29247-512-00202-5 200518 | 0.00 | | 05-16-2005 |
| 05-16-2005 | RENUMBERED RETURN 29247-512-00202-5 | | | |
| 11-26-2001 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ISS MANAGEMENT-I LLC
RABINOVITCH ISSIE MEMBER

EIN/SSN: 77-0549878

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Control/Services Operations

DELEGATION ORDER: CS/SP – F : 19 (Rev. 10)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 06/16/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 20, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Instashred Security Services, Limited Liability Corporation/Company, Employer Identification Number: 95-4744625, covering United States Return of Partnership Income for the period ending December 31, 2000

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Control/Services Operations

PENGAD-Bayonne, N.J.
EXHIBIT
8

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

INSTASHRED SECURITY SERVICES LLC EIN/SSN: 95-4744625

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-24-2001 | RETURN FILED<br>89265-300-30904-1 200146 | | 0.00 | 11-26-2001 |
| 06-04-2001 | EXTENSION OF TIME TO FILE<br>EXT. DATE 07-15-2001 | | | |
| 07-16-2001 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-2001 | | | |
| | LATE FILING PENALTY<br>200146 | 650.00 | | 11-26-2001 |
| 11-26-2001 | LATE FILING PENALTY<br>ABATED | 650.00- | | |
| | ADDITIONAL TAX ASSESSED<br>89254-438-06501-2 200207 | 0.00 | | 02-25-2002 |
| 10-19-2004 | RECEIVED POA/TIA | | | |
| 03-17-2005 | ADVANCE PAYMENT OF<br>DEFICIENCY | | 357,167.00 | |
| 03-30-2005 | LEGAL SUIT PENDING | | | |
| | ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>OTHER CLOSINGS AFTER<br>EXAMINATION<br>29247-511-00303-5 200517 | 0.00 | | 05-09-2005 |

INSTASHRED SECURITY SERVICES LLC EIN/SSN: 95-4744625

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-09-2005 | RENUMBERED RETURN 29247-511-00303-5 | | | |
| 06-08-2005 | UPDATED POA/TIA | | | |
| 11-26-2001 | Statutory Notice of Balance Due | | | |
| 12-31-2001 | Statutory Notice of Intent to Levy | | | |

---

INSTASHRED SECURITY SERVICES LLC EIN/SSN: 95-4744625

TYPE OF TAX: U.S. PARTNERSHIP RETURN OF INCOME
FORM: 1065 TAX PERIOD: DEC 2000

---

BALANCE 357,167.00-

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Control/Services Operations

DELEGATION ORDER: CS/SP – F : 19 (Rev. 10)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 06/16/2005