IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with: No. 05-300 T, No. 05-301 T, No. 05-302 T, No. 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
by and through ISS ACQUISITIONS, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# APPENDIX A TO BRIEF IN OPPOSITION TO MOTION OF THE UNITED STATES TO DISMISS EACH CONSOLIDATED PETITION FOR FAILURE TO MAKE JURISDICTIONAL DEPOSIT

BRADLEY A. PATTERSON
MORGAN R. EVANS
GODDARD LLP
Attorneys for the Plaintiffs
18500 Von Karman Ave., Suite 400
Irvine, California 92612
949/ 253-0500

TABLE OF CONTENTS


| Exhibit | Description |
|---|---|
| A | Copies of letters from counsel for Plaintiffs to the Internal Revenue Service tendering enclosed checks as deposits; copies of checks; copies of return receipts from U.S. Post Office indicating receipt of letters. |
| B | Copy of Treasury Regulation § 301.6311-1. |

EXHIBIT A

FILE

GODDARD LLP
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVENUE, SUITE 400
IRVINE, CALIFORNIA 92612
TELEPHONE (949) 253-0500

LOREN A. DETERS

FACSIMILE
(949) 253-0505

March 10, 2005

***VIA CERTIFIED MAIL*** 4012.001
***RECEIPT NO: 7002 1000 0005 4694 5333***
INTERNAL REVENUE SERVICE CENTER
Fresno, California 93888-0102

*Taxpayer: Issie Rabinovitch*
*Taxpayer ID: 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*
*Partnership No. 1: ISS Management – I, LLC, a Delaware limited liability company*
*Partnership No. 1 Tax ID : 77-0549878*
*Partnership No. 2: ISS Acquisitions, LLC, a Delaware limited liability company*
*Partnership No. 2 Tax ID : 33-0920268*
*Partnership No. 3: Instashred Security Services, LLC, a California limited liability company*
*Partnership No. 3 Tax ID : 95-4744625*
*Tax Year: December, 2000*

Dear Sir or Madam:

Enclosed is a check in the amount of $357,167.00. This deposit is being made by the above-referenced taxpayer in connection with the Notices of Final Partnership Administrative Adjustment issued to the above-referenced partnerships for the above-referenced tax year.

Very truly yours,

LAD

Loren A. Deters

Enclosure

cc: Mr. Issie Rabinovitch (w/ encl., via regular mail)

1074

**ISS MANAGEMENT-1**
ONE FIRST STREET SUITE 12
LOS ALTOS, CA 94022

90-4153/1211

DATE 3/8/05

PAY TO THE ORDER OF United States Treasury $ 357,167.00

three hundred & fifty seven thousand one hundred sixty seven xx DOLLARS

MID-PENINSULA BANK
420 Cowper Street, Palo Alto, California 94301

FOR

S. Pal[illegible]

⑈001074⑈ ⑆121141534⑆0112392003⑈

U.S. Postal Service
CE FIED MAIL RECEIPT
(Dom c Mail Only; No Insurance Coverage Provided)

7002 1000 0005 4694 5333

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: Internal Revenue Service Center
Street, Apt. No.; or PO Box No.: Fresno CA 93888-0102
City, State, ZIP+4

PS Form 3800, April 2002 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RE
(Domestic Mail Only; No Insuranc

OFFICIA

7002 1000 0005 4694 5333

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: Internal Revenue Service Center
Street, Apt. No.; or PO Box No.: Fresno CA 93888-0102
City, State, ZIP+4

PS Form 3800, April 2002 See Reverse for Instructions

GODDARD LLP
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVE., SUITE 400
IRVINE, CA 92612

**CERTIFIED MAIL**

7002 1000 0005 4694 5333

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 04.42⁰
0004303127 MAR 10 2005
MAILED FROM ZIP CODE 92612

_via Certified Mail_
_Return Receipt Requested_
INTERNAL REVENUE SERVICE CENTER
Fresno, Ca 93888-0102

FILE

GODDARD LLP
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVENUE, SUITE 400
IRVINE, CALIFORNIA 92612
TELEPHONE (949) 253-0500

LOREN A. DETERS

FACSIMILE
(949) 253-0505

March 10, 2005

4012.001

***VIA CERTIFIED MAIL***
***RECEIPT NO: 7002 1000 0005 4694 5340***
INTERNAL REVENUE SERVICE CENTER
Fresno, California 93888-0102

*Taxpayer: Donald R. Thorne*
*Taxpayer ID: 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*
*Partnership No. 1: ISS Management – D, LLC, a Delaware limited liability company*
*Partnership No. 1 Tax ID : 33-0920267*
*Partnership No. 2: ISS Acquisitions, LLC, a Delaware limited liability company*
*Partnership No. 2 Tax ID : 33-0920268*
*Partnership No. 3: Instashred Security Services, LLC, a California limited liability company*
*Partnership No. 3 Tax ID : 95-4744625*
*Tax Year: December, 2000*

Dear Sir or Madam:

Enclosed is a check in the amount of $258,662.00. This deposit is being made by the above-referenced taxpayer in connection with the Notices of Final Partnership Administrative Adjustment issued to the above-referenced partnerships for the above-referenced tax year.

Very truly yours,

Loren A. Deters

Enclosure

cc: Mr. Donald R. Thorne (w/ encl., via regular mail)

ISS MANAGEMENT-D, LLC
C/O CHEYENNE CAP & M THORNE
4600 CAMPUS DR 110
NEWPORT BEACH, CA 92660-1877

5001
838
56-1551/441

Date 3/9/05

Pay to the order of United States Treasury $258,662.00

Two hundred Fifty Eight Thousand Six hundred Sixty Two & no/100 Dollars

RBC Dain Rauscher
MEMBER NYSE/SIPC
Payable Through Bank One, Delaware OH 43015 PH. 1-800-933-9946

Expense Code

Investment Access® Account

For FEIN # 33-0920267

⑆044115511⑆ 7083836000164⑈5001

GODDARD LLP
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVE., SUITE 400
IRVINE, CA 92612

**CERTIFIED MAIL**

7002 1000 0005 4694 5340

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 04.42⁰
0004303127 MAR 10 2005
MAILED FROM ZIP CODE 92612

*via Certified Mail*
*Return Receipt Requested*
INTERNAL REVENUE SERVICE CENTER
Fresno, CA 93888-0102

7002 1000 0005 4694 5340

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: Internal Revenue Service Ctr

Street, Apt. No.; or PO Box No.; City, State, ZIP+4: Fresno, CA. 93888-01

PS Form 3800, April 2002 — See Reverse for Instructions

7002 1000 0005 4694 5340

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Covera

OFFICIAL

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Sent To: Internal Revenue Service Center

Street, Apt. No.; or PO Box No.; City, State, ZIP+4: Fresno, CA. 93888-0102

PS Form 3800, April 2002 — See Reverse for Instructions

FILE

GODDARD LLP
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVENUE, SUITE 400
IRVINE, CALIFORNIA 92612
TELEPHONE (949) 253-0500

LOREN A. DETERS

FACSIMILE
(949) 253-0505

March 10, 2005

4012.001

***VIA CERTIFIED MAIL***
***RECEIPT NO: 7002 1000 0005 4694 5326***
INTERNAL REVENUE SERVICE CENTER
Fresno, California 93888-0102

*Taxpayer: Thomas Dunlap*
*Taxpayer ID: 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*
*Partnership No. 1: ISS Management – T, LLC, a Delaware limited liability company*
*Partnership No. 1 Tax ID : 95-4813396*
*Partnership No. 2: ISS Acquisitions, LLC, a Delaware limited liability company*
*Partnership No. 2 Tax ID : 33-0920268*
*Partnership No. 3: Instashred Security Services, LLC, a California limited liability company*
*Partnership No. 3 Tax ID : 95-4744625*
*Tax Year: December, 2000*

Dear Sir or Madam:

Enclosed is a check in the amount of $30,123.00. This deposit is being made by the above-referenced taxpayer in connection with the Notices of Final Partnership Administrative Adjustment issued to the above-referenced partnerships for the above-referenced tax year.

Very truly yours,

Loren A. Deters

Enclosure

cc: Mr. Thomas Dunlap (w/ encl., via regular mail)

**ISS MANAGEMENT-T LLC** 01-01
5499 ROTARY DR.
LA VERNE, CA 91750

BANK ONE TRUST COMPANY
COLUMBUS, OHIO 43271
25-80/440

10286

3/8/2005

PAY TO THE ORDER OF United States Treasury $ **30,123.00

Thirty Thousand One Hundred Twenty-Three and 00/100*************************************************************************** DOLLARS

United States Treasury

MEMO 95-4813396

⑈010286⑈ ⑆044000804⑆ 890107982345 1⑈

**ISS MANAGEMENT-T LLC**

10286

| | | | |
|---|---|---|---|
| United States Treasury | | 3/8/2005 | |
| | Back taxes litigation | | 30,123.00 |
| MSDW | 95-4813396 | | 30,123.00 |

7002 1000 0005 4694 5326

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: Internal Revenue Service Ctr

Street, Apt. No.; or PO Box No.: Fresno, CA. 93888-0102

City, State, ZIP+4

PS Form 3800, April 2002 See Reverse for Instructions

7002 1000 0005 4694 5326

**U.S. Postal Service**
**CERTIFIED MAIL REC**
*(Domestic Mail Only; No Insurance*

OFFICIA

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Sent To: Internal Revenue Service Ctr

Street, Apt. No.; or PO Box No.: Fresno, CA. 93888-0102

City, State, ZIP+4

PS Form 3800, April 2002 See Reverse for Instructions

GODDARD LLP
A LIMITED LIABILITY PARTNERSHIP
LAWYERS
18500 VON KARMAN AVE., SUITE 400
IRVINE, CA 92612

**CERTIFIED MAIL**

7002 1000 0005 4694 5326

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 04.42[0]
0004303127 MAR 10 2005
MAILED FROM ZIP CODE 92612

*<u>via Certified Mail</u>*
*<u>Return Receipt Requested</u>*
INTERNAL REVENUE SERVICE CENTER
Fresno, Ca 93888-0102

EXHIBIT B

C
Treas. Reg. § 301.6311-1

**CODE OF FEDERAL REGULATIONS**
**TITLE 26--INTERNAL REVENUE**
**CHAPTER I--INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY**
**SUBCHAPTER F--PROCEDURE AND ADMINISTRATION**
**PART 301--PROCEDURE AND ADMINISTRATION**
**COLLECTION**
**RECEIPT OF PAYMENT**

Current through December 28, 2005; 70 FR 76935

§ 301.6311-1 Payment by check or money order.

(a) Authority to receive--(1) In general. (i) District directors, Service Center directors, and Compliance Center directors (director) may accept checks or drafts drawn on any financial institution incorporated under the laws of the United States or under the laws of any State, the District of Columbia, or any possession of the United States, or money orders in payment for internal revenue taxes, provided the checks, drafts, or money orders are collectible in United States currency at par, and subject to the further provisions contained in this section. The director may accept the checks, drafts, or money orders in payment for internal revenue stamps to the extent and under the conditions prescribed in paragraph (a)(2) of this section. A check or money order in payment for internal revenue taxes or internal revenue stamps should be made payable to the United States Treasury. A check or money order is payable at par only if the full amount thereof is payable without any deduction for exchange or other charges. As used in this section, the term "money order" means: (a) U.S. postal, bank, express, or telegraph money order; (b) money order issued by a domestic building and loan association (as defined in section 7701(a)(19)) or by a similar association incorporated under the laws of a possession of the United States; (c) a money order issued by such other organization as the Commissioner may designate; and (d) a money order described in subdivision (ii) of this subparagraph in cases therein described. However, the director may refuse to accept any personal check whenever he or she has good reason to believe that such check will not be honored upon presentment.

(ii) An American citizen residing in a country with which the United States maintains direct exchange of money orders on a domestic basis may pay his tax by postal money order of such country. For a list of such countries, see section 171.27 of the Postal Manual of the United States.

(iii) If one check or money order is remitted to cover two or more persons' taxes, the remittance should be accompanied by a letter of transmittal clearly identifying--

(a) Each person whose tax is to be paid by the remittance;

(b) The amount of the payment on account of each such person; and

(c) The kind of tax paid.

(2) Payment for internal revenue stamps. The director may accept checks, drafts, and money orders described in paragraph (a)(1) of this section in payment for internal revenue stamps. However, the director may refuse to accept any personal check whenever he or she has good reason to believe that such check will not be honored upon presentment.

(b) Checks or money orders not paid--(1) Ultimate liability. The person who tenders any check (whether certified or uncertified, cashier's, treasurer's, or other form of check or draft) or money order in payment for taxes or stamps is not released from his or her liability until the check, draft, or money order is paid; and, if the check, draft, or money order is not duly paid, the person shall also be liable for all legal penalties and additions, to the same extent as if such check, draft, or money order had not been tendered.

(2) Liability of financial institutions and others. If any certified, treasurer's, or cashier's check, or other guaranteed draft, or money order, is not duly paid, the United States shall have a lien for the amount of such check or draft upon all assets of the financial institution on which drawn, or for the amount of such money order upon the assets of the issuer thereof. The unpaid amount shall be paid out of such assets in preference to any other claims against such financial institution or issuer except the necessary costs and expenses of administration and the reimbursement of the United States for the amount expended in the

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

redemption of the circulating notes of such financial institution. In addition, the Government has the right to exact payment from the person required to make the payment.

(c) Payment in nonconvertible foreign currency. For rules relating to payment of income taxes and taxes under the Federal Insurance Contributions Act in nonconvertible foreign currency, see section 6316 and the regulations thereunder.

(d) Financial institution. For purposes of section 6311 and this section, financial institution includes but is not limited to--

(1) A bank or trust company (as defined in section 581);

(2) A domestic building and loan association (as defined in section 7701(a)(19));

(3) A mutual savings bank (including but not limited to a mutual savings bank as defined in section 591(b));

(4) A credit union (including both state and federal credit unions, and including but not limited to a credit union as defined in section 501(c)(14)); and

(5) A regulated investment company (as defined in section 851(a)).

[32 FR 15241, Nov. 3, 1967, as amended by T.D. 7188, 37 FR 12795, June 29, 1972; T.D. ATF-33, 41 FR 44038, Oct. 6, 1976; T.D. 8595, 60 FR 20899, April 28, 1995; 61 FR 13763, March 28, 1996; T.D. 8969, 66 FR 64743, Dec. 14, 2001]

<General Materials (GM) - References, Annotations, or Tables>

26 C. F. R. § 301.6311-1

**26 CFR § 301.6311-1**

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.