IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with: No. 05-300 T, No. 05-301 T, No. 05-302 T,
No. 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
by and through ISS ACQUISITIONS, LLC, a
Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION TO SUSPEND BRIEFING ON
DEFENDANT'S MOTION TO DISMISS

COME NOW, the lead plaintiff in these consolidated cases, ISS Acquisitions, LLC, and the defendant, the United States, and hereby move the Court to suspend briefing on the United States Motion to Dismiss [Doc. #24] for the reasons set forth below.

On October 24, 2005, the Court stayed these five consolidated cases with the exception of briefing on the question of subject matter jurisdiction. On December 19, 2005, the United States filed a motion to dismiss, asking the Court to dismiss all five consolidated petitions for failure of the filing partners in each to satisfy the jurisdictional

deposit requirement of 26 U.S.C. § 6226(e). Petitioners filed their response on January 19, 2006. The United States reply brief is currently due by February 6, 2006.

On January 23, 2006, petitioners proposed a settlement offer to the United States. However, settlement negotiations will require substantial effort and, if the negotiations result in an offer that defendant's trial attorneys consider meritorious, many months for the government to complete consideration of the offer. The parties desire at this time to invest their energies into the possibility of settling these five consolidated cases rather than on further briefing of the United States Motion to Dismiss [Doc. #24].

WHEREFORE, the parties request the Court suspend the current briefing schedule on the United States Motion to Dismiss [Doc. #24]. The parties further propose to update the Court on the status of settlement negotiations in the Joint Status Report due, pursuant to the Court's Order [Doc. #22], on or before June 1, 2006.

Respectfully submitted,

1/31/2006
Date

s/Morgan R. Evans
MORGAN R. EVANS
Goddard LLP
18500 von Karman Ave., Suite 400
Irvine, California 92612
(949) 253-0500

Counsel for Plaintiff

1/31/2006
Date

s/ Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

1/31/2006
Date

s/David Gustafson
Of Counsel

Attorneys for Defendant