# In the United States Court of Federal Claims

NO. 05-299 T

(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed February 3, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 24, 2005, the Court stayed this action with the exception of allowing Defendant to file a motion to dismiss for lack of jurisdiction. Thereafter, on February 1, 2006, the lead Plaintiff in these consolidated cases, ISS Acquisitions, LLC, and Defendant, the United States, filed a joint motion to suspend briefing on Defendant's motion to dismiss. Upon consideration of the joint motion, and for good cause shown, the court hereby GRANTS the joint motion.

Accordingly, the Court hereby ORDERS that:

1. This case is STAYED until **June 8, 2006.**

2. With respect to the stay, the parties are to file a Joint Status Report on or before **June 1, 2006**, that addresses, *inter alia*, the status of the settlement negotiations, the criminal action and whether the stay should be extended (and, if so, for how long).

Additionally, in the event that either party determines in the interim that a stay is no longer appropriate, that party may request a status conference to discuss the issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge