IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with: No. 05-300 T, No. 05-301 T, No. 05-302 T, No. 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
by and through ISS ACQUISITIONS, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES,

Defendant.

NOTICE OF MOTION AND MOTION FOR LEAVE TO CHANGE PLAINTIFFS' ATTORNEY PURSUANT TO COURT OF FEDERAL CLAIMS RULE 83.1(c)(4)

MORGAN R. EVANS
GODDARD LLP
Attorneys for the Plaintiffs
18500 Von Karman Ave., Suite 400
Irvine, California 92612
949/ 253-0500

Morgan R. Evans ("Evans"), counsel of record for the Plaintiffs in the above-referenced consolidated cases, hereby respectfully moves this Court for an order granting his request to withdraw as counsel of record, pursuant Rule 83.1(c)(4) of the Rules of the Court of Federal Claims. Evans makes this motion on the ground that he is changing law firms and will no longer be practicing with Goddard LLP.

The law firm of Goddard LLP will remain the law firm of record for Plaintiffs and attorney Bradley A. Patterson of Goddard LLP, will assume the role of lead counsel. Patterson agrees to Evans' withdrawal and agrees to serve as newly designated counsel for Plaintiffs.

Respectfully submitted,

Withdrawing Counsel:

DATED: February 23, 2006

_s/Morgan R. Evans_______________
Morgan R. Evans
Attorney for Plaintiffs
Goddard LLP
18500 Von Karman Ave., Suite 400
Irvine, California 92612
Tel: 949/ 253-0500

Newly Designated Counsel:

DATED: February 23, 2006

_s/Bradley A. Patterson____________
Bradley A. Patterson
Attorney for Plaintiffs
Goddard LLP
18500 Von Karman Ave., Suite 400
Irvine, California 92612
Tel: 949/ 253-0500