# In the United States Court of Federal Claims

NO. 05-299 T

(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed March 16, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTASHRED SECURITY SERVICES, LLC,**
**by and through ISS ACQUISITIONS, LLC,**
**a Partner Other Than the Tax Matters Partner**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 23, 2006, Plaintiffs filed a Notice of Motion and Motion for Leave to Change Plaintiffs' Attorney Pursuant to Court of Federal Claims Rule 83.1(c)(4). Defendant has not filed an objection to Plaintiff's motion.

Upon consideration of this motion, and for good cause shown, the court hereby GRANTS Plaintiff's motion and directs the Clerk of the Court to enter the appearance of Mr. Bradley Patterson as Plaintiff's counsel of record, in place of Mr. Morgan Evans.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge