# In the United States Court of Federal Claims

NO. 05-299 T

(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed June 1, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**INSTASHRED SECURITY SERVICES, LLC,** *
**by and through ISS ACQUISITIONS, LLC,** *
**a Partner Other Than the Tax Matters Partner** *
*
*Plaintiff*, *
*
v. *
*
**THE UNITED STATES,** *
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A telephonic status conference is hereby scheduled for Wednesday, June 7, 2006, at 4:00 p.m.

One full business day before the conference, counsel shall e-mail chambers at damich_chambers@ao.uscourts.gov, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such request must be made by close of business on June 5, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge