# In the United States Court of Federal Claims

NO. 05-299 T

(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed June 7, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

By Court order dated October 24, 2005, this action was stayed until June 8, 2006 with a Joint Status Report to be filed by June 1, 2006.

On May 31, 2006, the parties filed their Joint Status Report. The parties propose to continue the stay, pending the completion of the proceedings in United States v. Stein, et. al. No. S1 05 Cr 888 (S.D.N.Y.). Additionally, the parties propose that a Joint Status Report be filed on December 1, 2006.

In support of their joint proposal, the parties cited four additional cases that involve transactions similar to this action. First, the parties stated that all of the cases filed with the United States Court of Federal Claims are currently stayed due to the pending criminal action. It appears however, upon further review, only one case, MIPW Acquisitions, LLC., et. al. v. United States, No. 05-304T, is currently stayed in this Court. The additional consolidated case, FFRE Holdings, et. al. v. United States, Nos. 05-785T through 05-792T, has not been stayed. The Court finds this error troubling, especially in view of the fact that Plaintiff's counsel is the attorney of record in both actions.

Second, the parties' citations for AWS Management, et. al. v. United States and DR Management v. United States were incorrect[1].

These mistakes have caused the Court to exert unnecessary time and energy in ascertaining the correct information regarding these cases. The Court reminds counsel that it is expected that all representations made to the Court be accurate and complete.

Therefore, upon consideration of the parties' joint proposal, and for good cause shown, the Court hereby ORDERS that:

1. This case is STAYED until **October 6, 2006.**

2. The parties are to file a Joint Status Report on or before **October 13, 2006**. The parties should address, *inter alia*, the status of the settlement negotiations, the status of the criminal action in United States v. Stein, et. al., No. S1 05 Cr 888 (S.D.N.Y.), and whether the stay should be extended (and, if so, why and for how long).

3. The parties shall provide, in their Joint Status Report, a list of three separate dates and times in which a telephonic status conference can be held between the dates of October 20, 2006 and October 31, 2006, inclusive. The Court suggests that prior to filing their Joint Status Report, the parties should contact the Court to inquire as to the availability of the Court during this time period

4. Additionally, in the event that either party determines in the interim that a stay is no longer appropriate, that party may request a status conference to discuss the issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

---

[1]The parties cited the case number for AWS Management, et. al. v. United States as No. 05-010506 CW. The correct case number is "No. 05-1056 CW." Additionally, the parties cited the case number for DR Management v. United States as No. 05-01010 M.C.. The correct case number is "No. 05-1010 M.M.C."