# In the United States Court of Federal Claims

NO. 05-299 T
(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed October 17, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTASHRED SECURITY SERVICES, LLC,**
**by and through ISS ACQUISITIONS, LLC,**
**a Partner Other Than the Tax Matters Partner**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 12, 2006, the parties filed a Joint Status Report ("JSR") informing the Court that the criminal trial in United States v. Stein, et al. (No. S1 05 Cr 888, S.D.N.Y.) is now scheduled to begin in January 2007. Accordingly, the parties propose a continued stay in the instant case and that a Joint Status Report be filed on January 15, 2007.

Upon consideration of the parties' joint proposal, the Court hereby ORDERS that:

1. The stay in this case shall continue through **January 31, 2007**.

2. The parties shall file a JSR on or before **January 16, 2007**. The JSR should address, *inter alia*, the status of the criminal action in United States v. Stein, et al. (No. S1 05 Cr 888, S.D.N.Y.), the status of settlement negotiations, and whether the stay should be extended (and, if so, the reason(s) why and the suggested duration).

3. The parties shall also provide in their JSR a list of three separate dates and times in which a telephonic status conference can be held between the dates of January 23, 2007 and January 31, 2007. The Court suggests that, prior to filing their JSR, the parties contact the Court to inquire as to the availability of the Court during

this time period.

4. Additionally, in the event that either party determines in the interim that a stay is no longer appropriate, a status conference may be scheduled to discuss the issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge