IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with: No. 05-300 T, No. 05-301 T, No. 05-302 T, No. 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
by and through ISS ACQUISITIONS, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's order of October 17, 2007, the parties hereby provide this Joint Status Report and request that the Court renew the stay of proceedings in this action.

The criminal proceedings in the Southern District of New York that led the Court to stay this case in October 2005 are continuing. *United States v. Stein, et. al.* (No. S1 05 Cr 888, S.D.N.Y.). The criminal trial is now scheduled to begin on September 17, 2007.

The promoter of the alleged tax shelter transaction at issue here, David Greenberg, a former KPMG partner, remains a defendant in the criminal proceeding. A renewal of the stay of these proceedings will prevent harm to the criminal prosecution and permit the United States the opportunity to mount a full and complete defense in



2153473.11

this case unencumbered by claims of Fifth Amendment privileges and with access to all relevant information once the criminal proceedings are concluded.

The plaintiffs here submitted an offer on January 23, 2006, to settle all the issues in these consolidated cases. The Department of Justice is considering plaintiffs' offer. The Internal Revenue Service is also working with the plaintiffs on the recomputations necessary to complete consideration of the offer.

The parties support a renewal of the stay in this action pending the completion of the proceedings in the related criminal proceedings. The pending settlement offer from the plaintiffs is further reason for continuing the stay. The parties propose a further joint status report for June 15, 2007, to advise the Court of the status of any developments in the *Stein* criminal proceedings and settlement prospects.

Pursuant to Court's order dated October 17, 2006, and after consultation with the Court's chambers, the parties propose that, if the Court would still like to hold a telephonic status conference with counsel in light of the facts presented in this status report, that the conference be scheduled on February 7, 2007, at 10:00 a.m. EST.

Respectfully submitted,

01/12/07
Date

s/Bradley A. Patterson
BRADLEY A. PATTERSON
Goddard LLP
18101 Von Karman Ave., Suite 330
Irvine, California 92612
(949) 253-0500

Counsel for Plaintiff

01/12/07
Date

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

01/12/07
Date

s/David Gustafson
Of Counsel

Attorneys for the Defendant