# In the United States Court of Federal Claims

NO. 05-299 T
(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed: January 18, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 12, 2007, the parties filed a Joint Status Report ("JSR") informing the Court that the criminal trial in United States v. Stein, et al. (No. S1 05 Cr 888, S.D.N.Y.) is now scheduled to begin in September 2007. Accordingly, the parties propose a continued stay in the instant case and that a Joint Status Report be filed on June 15, 2007.

Upon consideration of the parties' joint proposal, the Court hereby ORDERS that:

1. The stay in this case shall continue indefinitely.

2. The parties shall file a JSR on or before **June 15, 2007**. The JSR should address, *inter alia*, the status of the criminal action in United States v. Stein, et al. (No. S1 05 Cr 888, S.D.N.Y.), the status of settlement negotiations, and whether the stay should be extended (and, if so, the reason(s) why and the suggested duration).

3. Additionally, in the event that either party determines in the interim that a stay is no longer appropriate, a status conference may be scheduled to discuss the issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge