# In the United States Court of Federal Claims

NO. 05-299 T
(Consolidated with Nos. 05-300T, 05-301T, 05-302T, and 05-303T)

(Filed: December 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTASHRED SECURITY SERVICES, LLC, by and through ISS ACQUISITIONS, LLC, a Partner Other Than the Tax Matters Partner**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 14, 2007, the parties filed a Joint Status Report ("JSR") concerning the criminal trial in *United States v. Stein, et al.* (No. S1 05 Cr 888, S.D.N.Y.), rescheduled to commence in September 2008. In addition, the parties informed the Court that the Department of Justice is still considering the Plaintiff's settlement offer. In light of the *Stein* proceedings and the ongoing settlement efforts, the parties propose a continued stay in the instant case and that a Joint Status Report be filed on March 14, 2008.

Upon consideration of the parties' joint proposal, the Court hereby ORDERS that:

1. The stay in this case shall continue indefinitely.

2. The parties shall file a JSR on or before **March 14, 2008**. The JSR should address, *inter alia*, the status of the criminal action in *United States v. Stein, et al.* (No. S1 05 Cr 888, S.D.N.Y.), the status of settlement negotiations, and whether the stay should be extended (and, if so, the reason(s) why and the suggested duration).

3. Additionally, in the event that either party determines in the interim that a stay is no longer appropriate, a status conference may be scheduled to discuss the issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge