IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with: No. 05-300 T, No. 05-301 T, No. 05-302 T, No. 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
by and through ISS ACQUISITIONS, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's order of June 13, 2007, the parties hereby provide this Joint Status Report and request that the Court continue the stay of proceedings in this action.

The criminal proceedings in the Southern District of New York led the Court to stay this case in October 2005. *United States v. Stein, et. al.* (No. S1 05 Cr 888, S.D.N.Y.). Opening arguments for the trial were set for October 23, 2007, but the trial judge issued an order on October 18, 2007, postponing the trial and discharging the jury due to a conflict of interest between one of the defendants and his counsel and that defendant's decision not to waive his right to conflict-free representation. The trial judge scheduled a conference for November 16, 2007, at which it is anticipated that a new trial date will be set.

The promoter of the alleged tax shelter transaction at issue here, David Greenberg, a former KPMG partner, remains a defendant in the criminal proceeding. He was not the defendant with the conflict of interest problem described above. Continuing the stay of these proceedings will prevent harm to the criminal prosecution and permit the United States the opportunity to mount a full and complete defense in this case unencumbered by claims of Fifth Amendment privileges and with access to all relevant information once the criminal proceedings are concluded.

The plaintiffs here submitted an offer on January 23, 2006, to settle all the issues in these consolidated cases. The Department of Justice is considering plaintiffs' offer. The Internal Revenue Service is also working with the plaintiffs on the recomputations necessary to complete consideration of the offer.

The parties support continuing the stay in this action pending the completion of the proceedings in the related criminal proceedings. The pending settlement offer from the plaintiffs is further reason for continuing the stay. The parties propose a further joint status report for March 14, 2008, to advise the Court of the status of any developments in the *Stein* criminal proceedings and settlement prospects.

Respectfully submitted,

11/14 /2007
Date

s/Bradley A. Patterson
BRADLEY A. PATTERSON
Goddard LLP
18101 Von Karman Ave., Suite 330
Irvine, California 92612
(949) 253-0500

Counsel for Plaintiff

11/14/2007
Date

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

11/14/2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for the Defendant