IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with: No. 05-300 T, No. 05-301 T, No. 05-302 T, No. 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
by and through ISS ACQUISITIONS, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES,

Defendant.

NOTICE OF CHANGE OF THE NAME OF THE LAW FIRM FOR PLAINTIFF

PLEASE TAKE NOTICE that Goddard LLP, a California limited liability partnership, counsel of record in this action for Plaintiff Instashred Security Services, LLC, by and through ISS Acquisitions, LLC, a Partner Other Than the Tax Matters Partner, has changed its name to LGI LLP, a California limited liability partnership. The address and telephone numbers are unchanged.

Respectfully submitted,

DATED: February 20, 2008

/s Bradley A. Patterson

BRADLEY A. PATTERSON
LGI LLP
18101 Von Karman Ave., Suite 330
Irvine, California 92612
(949) 253-0500
(949) 253-0505 (Facsimile)

Counsel for Plaintiff