IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-299 T
(Chief Judge Edward J. Damich)

(Consolidated with: No. 05-300 T, No. 05-301 T, No. 05-302 T, No. 05-303 T)

INSTASHRED SECURITY SERVICES, LLC,
by and through ISS ACQUISITIONS, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's order of December 6, 2007, the parties hereby provide this Joint Status Report and request that the Court continue the stay of proceedings in this action.

The criminal proceedings in the Southern District of New York led the Court to stay this case in October 2005. *United States v. Stein, et. al.* (No. S1 05 Cr 888, S.D.N.Y.). The dismissal of 13 defendants in the Stein case is on appeal. The four remaining defendants are scheduled for trial in September 2008, pursuant to a November 16, 2007, order of the district court.

David Greenberg, a former KPMG partner, remains a defendant in the *Stein* criminal proceeding The government alleges that Greenberg was a promoter of a tax shelter that is at issue in this case. A superseding indictment was issued against him on November 9, 2007 (No. SR4 05 Cr. 888, S.D.N.Y.) Continuing the stay of these proceedings will prevent harm to the

criminal prosecution and permit the United States the opportunity to mount a full and complete defense in this case unencumbered by claims of Fifth Amendment privileges. A continuance may also provide access to additional relevant information once the criminal proceedings are concluded.

The plaintiffs here submitted a revised offer on February 20, 2008, to settle all the issues in these consolidated cases and for subsequent years that remain before the Internal Revenue Service. The Department of Justice and the Internal Revenue Service are considering plaintiffs' offer.

The parties support continuing the stay in this action pending the completion of the proceedings in the related criminal proceedings. The newly submitted settlement offer from the plaintiffs is further reason for continuing the stay. The parties propose a further joint status report for June 16, 2008, to advise the Court of the status of any developments in the *Stein* criminal proceedings and settlement prospects.

Respectfully submitted,

3/14/08
Date

s/Bradley A. Patterson
BRADLEY A. PATTERSON
LGI LLP
18101 Von Karman Ave., Suite 330
Irvine, California 92612
(949) 253-0500

Counsel for Plaintiff

3/14/08
Date

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

JOHN A. DICICCO
Deputy Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

3/14/08
Date

s/David Gustafson
Of Counsel

Attorneys for the Defendant